﻿Citation Nr: AXXXXXXXX
Decision Date: 08/31/20 Archive Date: 08/31/20

DOCKET NO. 191205-48112
DATE: August 31, 2020

ORDER

Entitlement to a temporary total convalescent rating under 38 C.F.R. § 4.30 for surgery performed on November 7, 2018 for service-connected synovitis of the metatarsophalangeal joint, left foot with hallux valgus, status post bunionectomy, is dismissed.

FINDING OF FACT

The Veteran’s claim of entitlement to a temporary total convalescent rating under 38 C.F.R. § 4.30 for surgery performed on November 7, 2018 for service-connected synovitis of the metatarsophalangeal joint, left foot with hallux valgus, status post bunionectomy, was not adjudicated by the Agency of Original Jurisdiction (AOJ) in an August 2019 rating decision and a November 2019 Higher-Level Review rating decision. 

CONCLUSION OF LAW

This claim is dismissed since there is no underlying AOJ decision concerning it and, therefore, no appeal. 38 U.S.C. § 7105; 38 C.F.R. §§ 3.2400 and 19.2.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from July 1992 to July 1995.

In June 2019, the Veteran submitted claims for increased ratings for his service-connected back, right foot, and left foot disabilities, as well as a claim for a temporary total convalescent rating under 38 C.F.R. § 4.30 for surgery performed on November 7, 2018 on his left foot. See VA Form 21-526EZ.

In an August 2019 rating decision, the local regional office (RO) granted service connection for left foot hallux valgus, status post bilateral bunionectomies, with an evaluation of 10 percent effective June 20, 2019, and service connection for right foot scars with a noncompensable, or 0 percent, rating effective June 20, 2019. The RO denied increased ratings for right foot hallux valgus, status post bilateral bunionectomies, thoracic strain, and left foot scars.

The Veteran subsequently submitted a Decision Review Request: Higher-Level Review Form (VA Form 20-0996) in September 2019, on which he expressed disagreement with the August 2019 rating decision regarding the increased rating claims for his service-connected thoracic strain and left foot disabilities. 

A November 2019 Higher-Level Review rating decision restored a 10 percent rating for the left foot disability with synovitis of the metatarsophalangeal joint, effective July 10, 1995, assigned a disability rating of 20 percent for synovitis of the metatarsophalangeal joint, left foot with hallux valgus, status post bunionectomy, effective June 20, 2019, and granted service connection for left foot scars with a noncompensable, or 0 percent, rating effective June 20, 2019. That decision also denied an increased rating for the Veteran’s service-connected thoracic spine disability. 

In December 2019, the Veteran submitted a Decision Review Request: Board Appeal (VA Form 10182 – Notice of Disagreement (NOD)), indicating he was appealing the issue of entitlement to a temporary total convalescent rating under 38 C.F.R. § 4.30 for surgery performed on November 7, 2018 on his left foot. However, as this issue was not addressed in either the August 2019 rating decision or the November 2019 Higher-Level review rating decision, the Board does not have jurisdiction to review this claim under the framework of the Appeals Modernization Act (AMA) inasmuch as there is no underlying AOJ decision concerning this claim to consider. Accordingly, this claim is dismissed. 

The Veteran may resubmit this claim to the AOJ, i.e., local RO or notify the AOJ (RO) that this claim still needs to be considered, so is pending.

 

 

KEITH W. ALLEN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. Mukherjee

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.